UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES J. FICHER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-02281** |
| **JERRY GOODWIN, WARDEN, DAVID WADE CORRECTIONAL CENTER** | **SECTION "E"(5)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____     a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

_____

   **X**     a certificate of appealability shall not be issued for the following reason(s):

<u>Petitioner has failed to make a substantial showing of the denial of a constitutional right for the reasons set forth in the Magistrate Judge's Report and   Recommendations.</u>

**New Orleans, Louisiana, this 2nd day of August, 2019.**

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**