UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES J. FICHER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-02281** |
| **JERRY GOODWIN, WARDEN, DAVID WADE CORRECTIONAL CENTER** | **SECTION "E"(5)** |

### AMENDED JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Defendant, Jerry Goodwin, and against Plaintiff, Charles J. Ficher, dismissing with prejudice Ficher's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 as time-barred.

**New Orleans, Louisiana, this 11th day of September, 2019.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

1