UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES J. FICHER, JR., 332513** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2281** |
| **JASON KENT, WARDEN, D.W.C.C.** | **SECTION "E" (5)** |

### SUPPLEMENTAL RESPONSE TO PETITION FOR HABEAS CORPUS RELIEF

**NOW INTO COURT**, comes undersigned counsel, on behalf of respondent Warden Jason Kent, and respectfully files this supplemental response to the petition for habeas corpus relief.

1.

Based upon the remand by the Fifth Circuit and the order of the District Court on February 2, 2021, in the above captioned case, and in the interest of justice, undersigned counsel consents to the timeliness of the petition for habeas corpus relief.

Respectfully submitted,

*Gershon Cohen*
/s/ Ben Cohen
G. Ben Cohen
La. Bar No. 25470
Appellate Division Chief
Office of The District Attorney
Orleans Parish
619 S. White Street
New Orleans, LA 70119
Tel. (504) 571-2946
Email: bcohen@orleansda.com

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion has been served upon by email on counsel for respondent, Nisha Sandhu.

/s/ G. Ben Cohen
Assistant District Attorney
Parish of Orleans