# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES F. FICHER, JR. #332513** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2281** |
| **JASON KENT, WARDEN, D.W.C.C.** | **SECTION: E (5)** |

## ORDER

On March 17, 2021, the United States Magistrate Judge issued his Report and Recommendations, recommending that Charles Ficher's notice of appeal be considered timely filed.[1] Fourteen days have elapsed and no objection has been filed on the record. The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge,[2] and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation[3] of the United States Magistrate Judge and adopts it as its own opinion.

**IT IS ORDERED** that the Report and Recommendations of the United States Magistrate Judge is adopted.

New Orleans, Louisiana, this 1st day of April, 2021.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

**Clerk's Office to Notify:**

Appeals Unit

---

[1] R. Doc. 44.
[2] *Id.*
[3] *Id.*