## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLES F. FICHER, JR.,** | * | **CIVIL NO. 2:14-CV-02281** |
| **VERSUS** | * | **JUDGE SUSIE MORGAN** |
| **JASON KENT, WARDEN** | * | **MAGISTRATE JUDGE MICHAEL B. NORTH** |

### NOTICE OF APPEAL

Notice is hereby given that Charles F. Ficher, Jr., Petitioner herein, appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Order and Reasons (ECF No. 63), Judgment (ECF No. 64), and denial of certificate of appealability (ECF No. 65) dismissing Petitioner's Petition for Writ of Habeas Corpus signed on October 1, 2024 and filed and entered on October 2, 2024. Additionally, Petitioner intends to separately motion the United States Fifth Circuit Court of Appeals for a certificate of appealability once jurisdiction is transferred and the record is completed following the granting of this notice.

Dated: October 15, 2024.

        Respectfully Submitted,

        */s/ Samuel H. Winston*
        Samuel H. Winston, LA Bar #34821
        Winston Bergeron, LLP
        8120 Oak Street
        New Orleans, LA 70118
        Telephone: 504-577-2500
        Facsimile: 504-577-2562
        Email: sam@winstonbergeron.com

        *Attorney for CHARLES F. FICHER, JR.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I filed this Notice via the Court's CM-ECF system and that a copy of the foregoing has been served on the District Attorney for the Parish of Orleans, 619 S. White Street, New Orleans, LA 70119; and the Warden of Dixon Correctional Institute, Post Office Box 788, Jackson, LA 70748, via U.S. Mail the same date of filing.

                                                   */s/ Samuel H. Winston*
                                                   Samuel H. Winston